# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 14, 2024

### NO. 03-24-00020-CV

**Mark Malone M.D., PA d/b/a Advanced Pain Care, Appellant**

**v.**

**Asim Aijaz, M.D., Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
DISMISSED ON JOINT MOTION TO DISMISS –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the temporary injunction signed by the trial court on December 22, 2023. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.